Civil Action No. 1:25-cv-04225

# Exhibit “A”

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-04225

ANGELA KRABBE
Plaintiff,

v.

HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT
Defendant.

## INDEX OF DOCUMENTS

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Complaint and Jury Demand | 11/26/2025 |
| B-3 | Civil Case Cover Sheet | 11/26/2025 |
| B-4 | Daily Reduction Order | 11/26/2025 |
| B-5 | Division 5 Pretrial Order and Discovery Protocol | 11/26/2025 |
| B-6 | Summons | 12/01/2025 |
| B-7 | Affidavit of Service | 12/01/2025 |
| B-8 | Entry of Appearance on Behalf of Defendant | 12/22/2025 |
| B-9 | Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading | 12/22/2025 |
| B-10 | Proposed Order Granting Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading | 12/22/2025 |
| B-11 | Order Granting Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading | 12/23/2025 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)